164 P.3d 789

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 7, 2007**

| | | |
|---|---|---|
| 27858 | State v. Fujioka | Affirmed |

**August 15, 2007**

| | | |
|---|---|---|
| 28096 | State v. Burns | Affirmed |
| 28057 | State v. Uyeda | Affirmed |

**August 16, 2007**

| | | |
|---|---|---|
| 26733 | Dias v. State, Dept. of Human Services | Affirmed |

**August 22, 2007**

| | | |
|---|---|---|
| 27701 | State v. Otis | Affirmed |